(Reap. Dec. 9083)

CARL FISCHER MUSICAL INSTRUMENT CO., INC. *v.* UNITED STATES

Entry Nos. 818, etc.

(Decided February 25, 1958)

*Siegel, Mandell & Davidson* for the plaintiff.
*George Cochran Doub,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: The appeals for reappraisement enumerated in schedule "A," hereto attached and made a part hereof, relate to certain musical instruments, identified by the invoice items marked "A" and checked "RDE," that were imported from France and entered at the port of New York.

Stipulated facts upon which these appeals for reappraisement have been submitted establish that cost of production, as defined in section 402 (f) of the Tariff Act of 1930, is the proper basis for appraisement of the musical instruments in question, as hereinabove identified, and that such statutory value for these articles "is equal to the invoice values," and I so hold.

Judgment will be rendered accordingly.

(Reap. Dec. 9084)

TRANS WORLD INTERNATIONAL SERVICE CO. *v.* UNITED STATES

Entry No. IAD #994588.

(Decided February 25, 1958)

*Eugene R. Pickrell* for the plaintiff.
*George Cochran Doub,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to certain drugs exported from Germany and entered at the port of New York.

Stipulated facts, upon which the case has been submitted, establish that foreign value, as defined in section 402 (c) of the Tariff Act of 1930, as amended, is the proper basis for the merchandise in question, and that such statutory value for each of the items covered by this appeal for reappraisement is the appraised value, "without the additional 4 per centum home consumption tax," and I so hold. Judgment will be rendered accordingly.